# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SHANNA VEIT, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.

**CENTENE MANAGEMENT COMPANY LLC and SUNSHINE STATE HEALTH PLAN, INC. d/b/a Sunshine Health,**

    Defendants.

_____/

Case No.:4:17-cv-00006

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW, Defendants, Centene Management Company LLC and Sunshine State Health Plan, Inc. d/b/a Sunshine Health, ("Defendants"), by and through the undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, and N.D. Fla. Loc. R. 7.2, hereby file this Notice of Removal of an action pending in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court, Northern District of Florida, Tallahassee Division, and in support thereof state the following grounds:

1.  Defendants desire to exercise its rights under the provisions of 28 U.S.C. § 1331, *et seq.*, to remove this action from the Second Judicial Circuit in and

for Leon County, Florida, where it is now pending under the name and style of: *Shanna Veit, individually and on behalf of all others similarly situated, v. Centene Management Company, LLC, et al.,* Case No. 2016-CA- 002267 (hereinafter referred to as the "Circuit Court Action").

2. On or about October 10, 2016, Plaintiff commenced the Circuit Court Action by filing a Complaint. Defendants agreed to accept service of the Complaint on December 9, 2016. A copy of the Waiver and Acceptance of Service on Behalf of Defendants is included in **Exhibit 1**. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty days from Defendants' acceptance of service of the Complaint.

3. The Complaint contains a single count alleging that Plaintiff and other similarly situated individuals are owed overtime compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). (*See* **Exhibit 1,** Complaint, ¶ 3 and ¶¶ 31-37). This Court has federal question jurisdiction over Plaintiff's FLSA claim, and removal is appropriate on that basis. 28 U.S.C. §§ 1331 and 1441(a); *see also* 29 U.S.C. § 216(b).

4. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint as well as all other process, pleadings, and papers on file in the Circuit Court Action to date are attached to this Notice of Removal as **"Exhibit 1."** According to the docket in the Circuit Court Action, no other papers or pleadings have been filed other

than those attached hereto. No orders have been signed by the Circuit Court Judge presiding over this action, and there are no pending motions.

5. Venue in this District and Division is proper for purposes of removal under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action was filed and is pending – Leon County, Florida.

6. Pursuant to 28 U.S.C. § 1446(d), written and electronic notice of filing this Notice of Removal has been served upon Plaintiff's counsel. A true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, as required by law. *Id*.

### **Removal Based on Federal Question Jurisdiction**

7. Unless specifically prohibited by an Act of Congress, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court possesses original jurisdiction over this civil action because it involves federal questions under 28 U.S.C. § 1331. More specifically, Plaintiff's Complaint solely alleges violations of the FLSA, 29 U.S.C. §§ 201 *et seq*. The Complaint also seeks designation of the action as a collective action pursuant to 29 U.S.C. § 216(b), which specifically provides for Federal court jurisdiction.

8. The required filing fee and an executed civil cover sheet accompany this Notice.

9. Because the requirements for removal are satisfied, this Court should accept jurisdiction.

10. Defendants request that this Court issue all necessary orders and process to bring before it all proper parties for the determination of this action. *See* 28 U.S.C. § 1447(a).

**WHEREFORE**, Defendants, Centene Management Company LLC and Sunshine State Health Plan, Inc. d/b/a Sunshine Health, respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action, and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Dated this 5th day of January, 2017.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

**SNIFFEN & SPELLMAN, P.A.**

By: */s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN**
Florida Bar No. 0000795
rsniffen@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendants*
*Centene Management Company, LLC*
*and Sunshine State Health Plan, Inc.*
*d/b/a Sunshine Health*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2017, a true and exact copy of the foregoing was furnished by electronic and U.S. Mail, to Counsel for the Plaintiffs, as follows:

John C. Davis (john@johndavislaw.net)
623 Beard Street
Tallahassee, Florida 32303

Sean Culliton (Sean.Culliton@gmail.com)
150 John Knox Road
Tallahassee, Florida 32303

Jeremiah J. Talbot (civilfiling@talbotlawfirm.com)
900 East Moreno Street
Pensacola, Florida 32503

*/s/ Robert J. Sniffen*
**ROBERT J. SNIFFEN**

5