Filing # 47397886 E-Filed 10/10/2016 11:19:02 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>   COUNTY, FLORIDA

Case No.: 2016 CA 002267
Judge: _____

<u>Shanna Veit</u>
Plaintiff

vs.

<u>Centene Management Company, LLC c/o CT Corporation, Sunshine State Health Plan, Inc c/o CT Corporation</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**A Certified Copy**
**Attest:**
**Gwen Marshall**
**Clerk & Comptroller**
**Leon County, Florida**

By _____
    Deputy Clerk   1/4/2017

Exhibit 1

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☒ Punitive

IV. **NUMBER OF CAUSES OF ACTION:** (    )
(Specify)

<u>1</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☒ Yes
- ☐ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Jeremiah J Talbott</u>        FL Bar No.: <u>154784</u>
         Attorney or party                                              (Bar number, if attorney)

<u>Jeremiah J Talbott</u>      <u>10/10/2016</u>
     (Type or print name)                                              Date

Filing # 47397886 E-Filed 10/10/2016 11:19:02 AM

## IN THE CIRCUIT COURT
## OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

**SHANNA VEIT, individually and on
behalf of all others similarly situated,**

       **Plaintiff,**

**v.**                                    **Case No.:**   2016 CA 002267

**CENTENE MANAGEMENT COMPANY
LLC and SUNSHINE STATE HEALTH
PLAN, INC. d/b/a Sunshine Health,**

       **Defendants.**

_____/

## COMPLAINT

### Preliminary Statement

    This is a collective and class action brought by Individual and Representative Plaintiff, Shanna Veit ("Plaintiff" or "Class Representative"), on her own behalf and on behalf of those similarly situated. Plaintiff and the putative class members are or were employed by Defendants Centene Management Company LLC and Sunshine State Health Plan, Inc. ("Defendants") and are or were denied overtime pay required federal wage and hour laws. These employees are similarly situated under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b).

1.    The FLSA Collective Class is made up of all persons who are, have been, or will be employed by Defendants as "Case Managers" during the applicable statutory period, and provided case management services including conducting assessments of enrollees eligible for care, developing care plans, assisting with referrals to providers, resolving complaints and other matters, and performing other related duties.

2.    During the applicable statutory period, Defendants failed to pay overtime compensation to each member of the respective classes as required by federal law.   Plaintiff seeks relief for the Collective Class under the FLSA to remedy Defendants' failure to pay appropriate overtime compensation.

### Jurisdiction and Venue

3.    This Court has original jurisdiction to hear this Complaint and to adjudicate the claims stated herein. This action being brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

4.    Venue is proper in this Court because the Defendant's transact business in Leon County Florida  and because the Defendants contractually agreed with the State of Florida to provide services to residents of the State of Florida who qualify for Medicaid. The Plaintiffs work for the Defendants and provide said services.

### Parties

5.    Defendant Centene Management Corporation LLC is a Wisconsin corporation with its corporate headquarters located at 7700 Forsyth Boulevard, Suite 800, St. Louis, Missouri and is registered to do business in Florida.

6.    Defendant Sunshine State Health Plan, Inc. d/b/a Sunshine Health is a Florida for-profit corporation with its corporate headquarters located at 7700 Forsyth Boulevard, Suite 800, St. Louis, Missouri.

7.    The Defendants operate office locations throughout Florida, including a location in this district and division.

8.    The Defendants are wholly owned by the Centene Corporation which is a multi-line healthcare enterprise that provides programs and related services to a number of under-insured and uninsured individuals.

9.    The Defendants operate in interstate commerce by, among other things, providing managed care to customers in multiple states across the country, including Florida.

10.    Defendants' gross annual sales made or business done have been in excess of $500,000.00 at all relevant times.

11.    At all relevant times, Defendants are, and have been, an "employer" engaged in interstate commerce and/or the production of goods for commerce, within the meaning of the FLSA, 29 U.S.C. § 203(d).

12.    Plaintiff Shanna Veit is an adult resident of the State of Florida and was employed by Defendants as a "Case Manager" during the three (3) years prior to the filing of this Complaint, and was employed by the Defendants in this district and division.

**Factual Allegations**

13.    At all times relevant herein, Defendants operated a willful scheme to deprive their Case Managers of overtime compensation.

14.    Defendant Sunshine State Health Plan, Inc. has contracted with the State of Florida, Agency for Health Care Administration, to provide managed care, including medical assistance and long term care, for eligible enrollees under the Medicaid program.  Under the contract, Defendant Sunshine State Health Plan is required to provide to Medicaid enrollees case management and care coordination services including assisting enrollees in accessing medical, social and educational services.    Upon information and belief, Defendant Centene Management Corporation LLC contracts with Sunshine State Health Plan, Inc. to provide these services under the contract.

15.    Defendants constitute a single or joint employer of the Plaintiff because both Defendants are responsible for, direct and control the day-to-day activities of the Plaintiff and the class in the performance of their work as Case

Managers and act on behalf of one another with respect to the Plaintiff and the class.

16.   Plaintiff and the similarly situated individuals were employed by the Defendants as Case Managers delivering and performing case management and care coordination services described herein.   As Case Managers, Plaintiff's and the putative class members' primary job duty was non-exempt work including, among others, conducting assessments of enrollees eligible for care, developing care plans, assisting with referrals to providers, resolving complaints and other matters, and performing other related duties.

17.   Plaintiff and the putative class members were paid a salary with no overtime pay.

18.   Plaintiff and the putative class members were classified as exempt from overtime pay under federal law.

19.   Defendants suffered and permitted Plaintiff and the putative class members to work more than forty (40) hours per week without overtime pay.

20.   Defendants have been aware, or should have been aware, that Plaintiff and the putative class members performed non-exempt work that required payment of overtime compensation.   Defendants also required Plaintiff and the similarly situated individuals to work long hours and on weekends, including overtime

hours, to complete all of their job responsibilities and meet Defendants' productivity standards.

21.    Plaintiff's supervisors knew that Plaintiff and other putative class members were working overtime hours because they required Plaintiff and others to work overtime hours and/or were present during those hours.

22.    Although they had a legal obligation to do so, Defendants did not make, keep, or preserve adequate or accurate records of the hours worked by Plaintiff and the putative class members.

### Collective Action Allegations

23.    Plaintiff, on behalf of herself and all similarly situated individuals, restates and incorporates by reference the above paragraphs as if fully set forth herein.

24.    Plaintiff files this action on behalf of herself and all similarly situated individuals. Pursuant to 29 U.S.C. § 216(b), Plaintiff's signed consent form is attached as Exhibit A.

25.    The employees similarly situated are:

All persons who are, have been, or will be employed by Defendants as Case Managers at any time from three years prior to the filing of this Complaint through the entry of judgment and provided case management services including conducting assessments of enrollees eligible for care, developing care plans, assisting with referrals to providers, resolving complaints and other matters, and performing other related duties.

26.    Plaintiff and the FLSA Collective Class worked or work in excess of forty (40) hours during workweeks within the applicable statutory period.

27.    Defendants did not pay Plaintiff or the FLSA Collective overtime premiums for their overtime hours worked.

28.    Defendants willfully engaged in a pattern of violating the FLSA, 29 U.S.C. § 201 et seq., as described in this Complaint in ways including, but not limited to, failing to pay its employees overtime compensation.

29.    Defendants' conduct constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a).

30.    Defendants are liable under the FLSA for failing to properly compensate Plaintiff and the similarly situated individuals. Accordingly, notice should be sent to the FLSA Collective Class members. There are numerous similarly situated current and former employees of Defendants who have suffered from the Defendants' practice of denying overtime pay, and who would benefit from the issuance of court-supervised notice of this lawsuit and the opportunity to join. Those similarly situated employees are known to Defendants and are readily identifiable through Defendants' records.

### Violations of the Fair Labor Standards Act
### Failure to Pay Overtime

31.    Plaintiff and the FLSA Collective Class restate and incorporate by reference the above paragraphs as if fully set forth herein.

32.    The FLSA, 29 U.S.C. § 207, requires employers to pay non-exempt employees one and one-half times the regular rate of pay for all hours worked over forty (40) hours per workweek.

33.    Defendants suffered and permitted Plaintiff and the FLSA Collective Class to work more than forty (40) hours per week during weeks within the statutory period without paying them overtime compensation.

34.    Defendants' actions, policies, and practices described above violate the FLSA's overtime requirement by regularly and repeatedly failing to compensate Plaintiff and the FLSA Collective Class the required overtime pay.

35.    As the direct and proximate result of Defendants' unlawful conduct, Plaintiff and the FLSA Collective Class have suffered and will continue to suffer a loss of income and other damages. Plaintiff and the FLSA Collective are entitled to liquidated damages and attorneys' fees and costs incurred in connection with this claim.

36.    By failing to accurately record, report, and/or preserve records of hours worked by Plaintiff and the FLSA Collective Class, Defendants have failed to make, keep, and preserve records with respect to each of its employees sufficient to determine their wages, hours, and other conditions and practice of employment, in violation of the FLSA, 29 U.S.C. § 201, *et seq.*

37.    The foregoing conduct, as alleged, constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a). Defendants knew, or showed reckless disregard, of the fact that its compensation practices were in violation of these laws.

## Prayer for Relief

**WHEREFORE**, Plaintiff, on behalf of herself and all others similarly situated, prays for relief as follows:

A.    Designation of this action as a collective action on behalf of the FLSA Collective and prompt issuance of notice pursuant to 29 U.S.C. § 216(b) to all similarly situated individuals apprising them of the pendency of this action, and permitting them to assert FLSA claims in this action by filing individual consent forms pursuant to 29 U.S.C. § 216(b);

B.    Judgment against Defendants in the amount of Plaintiff's and the FLSA Collective Class's unpaid overtime wages at the applicable overtime rates;

C.    An additional and equal amount as liquidated/statutory damages under 29 U.S.C. § 216(b);

D.    A finding that Defendants' violations of the FLSA were willful;

E.    All reasonable costs and attorneys' fees pursuant to 29 U.S.C. § 216(b);

F.    An award of prejudgment interest (to the extent liquidated damages are not awarded) and post-judgment interest as provided by law;

G.    Leave to add additional plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court; and

H.    All further relief as the Court deems just and equitable.

s/Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL 32503
(850) 437-9600
(850) 437-0906 (fax)
jjtalbott@talbottlawfirm.com

s/Sean Culliton
SEAN CULLITON
Fla. Bar No. 0986232
Sean Culliton, Esq., LLC
150 John Knox Road
Tallahassee, FL 32303
(850) 385-9455
(850) 906-9455 (fax)
Sean.Culliton@gmail.com

s/John C. Davis
JOHN C. DAVIS
Fla. Bar No. 0827770
Law Office of John C. Davis
623 Beard Street
Tallahassee, FL, 32303
(850) 222-4770
(850) 222-3119 (fax)
john@johndavislaw.net

Attorneys for Plaintiff

Filing # 47397886 E-Filed 10/10/2016 11:19:02 AM

IN THE  CIRCUIT  COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

SHANNA VEIT, individually and on behalf of
all others similarly situated _____ ,   Case No.:  2016 CA 002267

Plaintiff/Petitioner,

vs.

CENTENE MANAGEMENT COMPANY, LLC and
SUNSHINE STATE HEALTH PLAN, INC d/b/a SUNSHINE HEALTH

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* Sunshine State Health Plan, Inc d/b/a Sunshine Health
*{address(including city and state)/location for service}* c/o CT Corporation System
1200 South Pine Island Road, Plantation, FL 33324 _____

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* The Law Office of
Jeremiah J. Talbott, PA, 900 East Moreno Street, Pensacola, FL 32503 _____

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: The Law Office of Jeremiah J. Talbott, 900 East Moreno Street, Pensacola, FL 32503

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: The Law Office of Jeremiah J. Talbott, 900 East Moreno Street, Pensacola, FL 32503

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ 10/10/2016 _____

BOB INZER
CLERK OF THE CIRCUIT COURT

(SEAL)

By: _____
Deputy Clerk

Filing # 47397886 E-Filed 10/10/2016 11:19:02 AM

IN THE ___CIRCUIT___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

SHANNA VEIT, individually and on behalf of
all others similarly situated _____,    Case No.:    ___2016 CA 002267___

      Plaintiff/Petitioner,

vs.

CENTENE MANAGEMENT COMPANY, LLC and
SUNSHINE STATE HEALTH PLAN, INC d/b/a SUNSHINE HEALTH
_____

      Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* Centene Management Company, LLC
*{address(including city and state)/location for service}* c/o CT Corporation System
1200 South Pine Island Road, Plantation, FL 33324

### IMPORTANT

      A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

      **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* The Law Office of
Jeremiah J. Talbott, PA, 900 East Moreno Street, Pensacola, FL 32503

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: The Law Office of Jeremiah J. Talbott, 900 East Moreno Street, Pensacola, FL 32503

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: The Law Office of Jeremiah J. Talbott, 900 East Moreno Street, Pensacola, FL 32503

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ 10/10/2016 _____

BOB INZER
CLERK OF THE CIRCUIT COURT

(SEAL)

By: _____
Deputy Clerk

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) ) |
| | ) |
| Defendants. | ) |

_____/

### NOTICE OF FILING OPT IN FOR JOHNNY BANKS

**COMES NOW, JOHNNY BANKS,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

## CONSENT TO BECOME PARTY PLAINTIFF IN THE
## COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
## AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____        _____
Signature                                               Date
10/4/16

_____
Print
Johnny L. Banks

_____        _____
Address                                                 City, ST, Zip

_____        _____
Email Address                                           Phone Number

**\*Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.\***

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>**CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health**<br><br>    Defendants. | )<br>)<br>)<br>) CASE NO: 2016 CA 002267<br>)<br>) **COLLECTIVE ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____/

## NOTICE OF FILING OPT IN FOR MONACOBENJAMIN

**COMES NOW, MONACO  BENJAMIN,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*
_____
JEREMIAH J. TALBOTT, ESQ.

## CONSENT TO BECOME PARTY PLAINTIFF IN THE
## COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
## AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          09-29-2016

Signature                          Date

MONACO BENJAMIN

Print

Address                            City, ST, Zip

Email Address                      Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

# IN THE CIRCUIT COURT
# IN AND FOR LEON COUNTY, FLORIDA

**SHANNA VEIT**, individually
and on behalf of all others that are
similarly situated,

)
)
)
) CASE NO: 2016 CA 002267

        Plaintiffs,

)
)

vs.

) **COLLECTIVE ACTION**

)

**CENTENE MANAGEMENT
COMPANY, LLC and SUNSHINE
HEALTH PLAN, INC d/b/a Sunshine
Health**

)
)
)
)

        Defendants.

)
)

_____ /

## NOTICE OF FILING OPT IN FOR ANGELA TIJUANA CARRINGTON

    **COMES NOW**, ANGELA TIJUANA CARRINGTON, by and through the

undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address

redacted) in the above-referenced matter on this date, October 14th, 2016.

                Respectfully submitted by,

                /s/ Jeremiah J. Talbott_____
                JEREMIAH J. TALBOTT
                Fla. Bar No. 0154784
                Law Offices of Jeremiah J. Talbott, P.A.
                900 East Moreno Street
                Pensacola, Fla. 32503
                (850) 437-9600
                (850) 437-0906 (facsimile)
                civilfiling@talbottlawfirm.com
                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*
_____

JEREMIAH J. TALBOTT, ESQ.

## CONSENT TO BECOME PARTY PLAINTIFF IN THE
## COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES
## AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
FAX to: (850) 437-0906
OR
EMAIL to: JJ@talbottlawfirm.com

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

_____
Print    ANGELA  Tijuana  CARRINGTON

_____
Address

_____
Email Address

_____8/26/16_____
Date

_____
City, ST, Zip

_____
Phone Number

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) <br> ) <br> ) <br> ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** <br> ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

_____/

## <u>NOTICE OF FILING OPT IN FOR KATHY CREEL</u>

**COMES NOW, KATHY CREEL,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

OCT 11 2016

## CONSENT TO BECOME PARTY PLAINTIFF IN THE
## COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
## AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

### Robertson v Centene Corporation/Sunshine State Health Plan

United States District Court of Florida

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Kathy Crew_                                     _10-5-16_
Signature                                        Date

_Kathy Creel_
Print

Address                                          City, ST, Zip

Email Address                                    Phone Number

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) |
| | ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) |
| | ) |
| Defendants. | ) |

/

## NOTICE OF FILING OPT IN FOR ANGELA B. DILWORTH

**COMES NOW**, ANGELA B. DILWORTH, by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*
_____

JEREMIAH J. TALBOTT, ESQ.

## CONSENT TO BECOME PARTY PLAINTIFF IN THE
## COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES
## AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

### VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
### FAX to: (850) 437-0906
OR
### EMAIL to: JJ@talbottlawfirm.com

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Angela B. Dilworth                    09/27/2016

Signature                             Date

Angela B. Dilworth

Print

_____              _____

Address                              City, ST, Zip

_____              _____

Email Address                        Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

**IN THE CIRCUIT COURT**
**IN AND FOR LEON COUNTY, FLORIDA**

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) |
| | ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | /  |

**NOTICE OF FILING OPT IN FOR LAKISHA L. HUGHES**

**COMES NOW**, LAKISHA L. HUGHES, by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

### CONSENT TO BECOME PARTY PLAINTIFF IN THE
### COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
### AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
FAX to: (850) 437-0906
OR
EMAIL to: JJ@talbottlawfirm.com

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____
Signature

Lakisha L. Hughes
Print

_____
Address

_____
Email Address

Sept. 7, 2016
Date

_____
City, ST, Zip

_____
Phone Number

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

|  |  |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) |
| | ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) ) |
| | ) |
| Defendants. | ) |

_____ /

### NOTICE OF FILING OPT IN FOR ANQUANETTE JACKSON

**COMES NOW, ANQUANETTE JACKSON,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US MAIL to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature

10/05/2016
Date

Anquanette  Jackson
Print

Address ▓▓▓▓▓▓▓▓▓▓

City, ST, Zip ▓▓▓▓▓▓▓▓

Email Address ▓▓▓▓▓▓▓▓

Phone Number ▓▓▓▓▓▓▓

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

# IN THE CIRCUIT COURT
# IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| **SHANNA VEIT**, individually<br>and on behalf of all others that are<br>similarly situated, | )<br>)<br>) |
| | ) CASE NO:   2016 CA 002267 |
| Plaintiffs, | )<br>) |
| vs. | ) **COLLECTIVE ACTION**<br>) |
| **CENTENE MANAGEMENT<br>COMPANY, LLC and SUNSHINE<br>HEALTH PLAN, INC d/b/a Sunshine<br>Health** | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

_____/

## NOTICE OF FILING OPT IN FOR DEDRA MCKINNEY

**COMES NOW, DEDRA MCKINNEY,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*
_____

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| | |
|---|---|
| _Dedra McKinney_ | 10 05 2016 |
| Signature | Date |
| Dedra McKinney | |
| Print | |
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| Address | City, ST, Zip |
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| Email Address | Phone Number |

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

# IN THE CIRCUIT COURT
# IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| SHANNA VEIT, individually and on behalf of all others that are similarly situated, | )<br>)<br>) |
| | ) CASE NO: 2016 CA 002267 |
|         Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | )<br>)<br>)<br>) |
| | ) |
|         Defendants. | ) |
| | /|

## NOTICE OF FILING OPT IN FOR JENNIFER MONTGOMERY

**COMES NOW, JENNIFER MONTGOMERY,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

### CONSENT TO BECOME PARTY PLAINTIFF IN THE
### COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES
### AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
FAX to: (850) 437-0906
OR
EMAIL to: JJ@talbottlawfirm.com

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature

Print: Jennifer Y. Montgomery

Date: 10/5/16

Address

City, ST, Zip

Email Address

Phone Number

\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\*

Filing # 47661481 E-Filed 10/14/2016 05:59:09 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

|  |  |
|---|---|
| SHANNA VEIT, individually<br>and on behalf of all others that are<br>similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>CENTENE MANAGEMENT<br>COMPANY, LLC and SUNSHINE<br>HEALTH PLAN, INC d/b/a Sunshine<br>Health<br><br>        Defendants. | )<br>)<br>)<br>) CASE NO:   2016 CA 002267<br>)<br>) **COLLECTIVE ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>     / |

## NOTICE OF FILING OPT IN FOR ELIZABETH WIGLE

**COMES NOW, ELIZABETH  WIGLE,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, October 14, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, October 14, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
<u>AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN</u>**

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____     10/05/2016
Signature                       Date

Elizabeth Wigle
Print

_____     _____
Address                     City, ST, Zip

_____     _____
Email Address               Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 48378040 E-Filed 11/01/2016 05:59:17 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

**SHANNA VEIT**, individually      )
and on behalf of all others that are    )
similarly situated,         )
                           ) CASE NO: 2016 CA 002267
        Plaintiffs,       )
vs.                       ) **COLLECTIVE ACTION**
                           )
**CENTENE MANAGEMENT**    )
**COMPANY, LLC and SUNSHINE**   )
**HEALTH PLAN, INC d/b/a Sunshine** )
**Health**                     )
                           )
        Defendants.     )
_____ /

## NOTICE OF FILING OPT IN FOR NATASHA GREEN

**COMES NOW, NATASHA GREEN,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, November 1, 2016.

                             Respectfully submitted by,

                             /s/ Jeremiah J. Talbott_____
                             JEREMIAH J. TALBOTT
                             Fla. Bar No. 0154784
                             Law Offices of Jeremiah J. Talbott, P.A.
                             900 East Moreno Street
                             Pensacola, Fla. 32503
                             (850) 437-9600
                             (850) 437-0906 (facsimile)
                             civilfiling@talbottlawfirm.com
                             *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US MAIL to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, November 1, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

## CONSENT TO BECOME PARTY PLAINTIFF IN THE
## COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES
## AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN

### Robertson v Centene Corporation/Sunshine State Health Plan

United States District Court of Florida

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____          10-17-2016
Signature                                 Date

Natasha Green
Print

_____          _____
Address                                   City, ST, Zip

_____          _____
Email Address                             Phone Number

Filing # 48376947 E-Filed 11/01/2016 05:29:55 PM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

**SHANNA VEIT**, individually )
and on behalf of all others that are )
similarly situated, )
                                   ) CASE NO: 2016 CA 002267

        Plaintiffs, )

vs. ) **COLLECTIVE ACTION**
                                   )

**CENTENE MANAGEMENT** )
**COMPANY, LLC and SUNSHINE** )
**HEALTH PLAN, INC d/b/a Sunshine** )
**Health** )
                                   )

        Defendants. )
                                        /

## NOTICE OF FILING OPT IN FOR LATRISHA UPSON

     **COMES NOW, LATRISHA  UPSON,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, November 1, 2016.

                           Respectfully submitted by,

                           /s/ Jeremiah J. Talbott
                           JEREMIAH J. TALBOTT
                           Fla. Bar No. 0154784
                           Law Offices of Jeremiah J. Talbott, P.A.
                           900 East Moreno Street
                           Pensacola, Fla. 32503
                           (850) 437-9600
                           (850) 437-0906 (facsimile)
                           civilfiling@talbottlawfirm.com
                           *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US MAIL to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a** Sunshine Health on this date, November 1, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE**
**COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES**
**AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| | |
|---|---|
| _LaTrisha Upson_ | 10/24/16 |
| Signature | Date |
| LaTrisha Upson | |
| Print | |
| ▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉ |
| Address | City, ST, Zip |
| ▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉ |
| Email Address | Phone Number |

**\*Statute of Limitations concerns mandate that you return**
**this form as soon as possible to preserve your rights.\***

Filing # 48433554 E-Filed 11/02/2016 05:08:15 PM

# IN THE CIRCUIT COURT
# IN AND FOR LEON COUNTY, FLORIDA

|  |  |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) |
|  | ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
|  | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) |
|  | ) |
| Defendants. | ) |
|  | / |

## NOTICE OF FILING OPT IN FOR SEBRINA PATTERSON

**COMES NOW, SEBRINA R. PATTERSON,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, November 2, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US MAIL to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, November 2, 2016.

*/s/ Jeremiah J. Talbott*

_____

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Sebrina Patterson_      _1-1-2016_

Signature                  Date

_Sebrina Patterson_

Print

Address                       City, ST, Zip

Email Address                 Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 49075009 E-Filed 11/18/2016 11:27:43 AM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

**SHANNA VEIT**, individually    )
and on behalf of all others that are    )
similarly situated,    )
   )
   ) CASE NO: 2016 CA 002267
        Plaintiffs,    )
vs.    ) **COLLECTIVE ACTION**
   )
**CENTENE MANAGEMENT**    )
**COMPANY, LLC and SUNSHINE**    )
**HEALTH PLAN, INC d/b/a Sunshine**    )
**Health**    )
   )
        Defendants.    )
_____/

## NOTICE OF FILING OPT IN FOR EBONY HOLLEY

**COMES NOW, EBONY  HOLLEY,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, November 18, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, November 18, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIME WAGES
AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE
CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state
of Florida, that I worked more than forty (40) hours in at least one week and was not paid for
all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the
Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq.,
LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate
to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on
my behalf concerning the litigation, the method and manner of conducting this litigation, the
entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and
all other matters pertaining to this lawsuit.

_E. Holley_                                        _11/16/16_
Signature                                          Date

_Ebony Holley_
Print

▮▮▮▮▮▮▮▮▮▮▮                                        ▮▮▮▮▮▮▮▮▮▮▮
Address                                            City, ST, Zip

▮▮▮▮▮▮▮▮▮▮▮                                        ▮▮▮▮▮▮▮▮▮▮▮
Email Address                                      Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 49107022 E-Filed 11/18/2016 04:32:00 PM

**IN THE CIRCUIT COURT
IN AND FOR LEON COUNTY, FLORIDA**

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) |
| | ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | / |

## NOTICE OF FILING EXHIBIT A TO COMPLAINT

**COMES NOW, SHANNA VIET,** by and through the undersigned counsel

and files this Exhibit A to Complaint in the above-referenced matter on this date,

November 18, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Process Server to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, November 18, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE**
**COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES**
**AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____        _____9·26-16_____
Signature                                Date

_____Shanna Veir_____
Print

███████████████████        ███████████████████
Address                                  City, ST, Zip

███████████████████        ███████████████████
Email Address                            Phone Number

**\*Statute of Limitations concerns mandate that you return**
**this form as soon as possible to preserve your rights.\***

Filing # 50079834 E-Filed 12/15/2016 09:38:38 AM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

SHANNA VEIT, individually                )
and on behalf of all others that are      )
similarly situated,                       )
                                          )          CASE NO: 2016 CA 002267
        Plaintiffs,                 )
                                          )          **COLLECTIVE ACTION**
vs.                                       )
                                          )
CENTENE MANAGEMENT                        )
COMPANY, LLC and SUNSHINE                 )
HEALTH PLAN, INC d/b/a Sunshine           )
Health                                    )
                                          )
        Defendants.                 )
_____/

### WAIVER AND ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS

**COMES NOW,** the Defendants, Centene Management Company, LLC and Sunshine

Health Plan, Inc d/b/a Sunshine Health., hereby acknowledge receipt of the Civil Cover Sheet and

Plaintiff's Complaint in the case referenced above, and waive formal service of process by the

Sheriff and any right the Defendants might have to object to defects of service of process upon

them. Further, the undersigned represents they have authority to so accept service for Defendants

and agrees said Complaint be answered within thirty (30) days form the date hereof.



_____
Robert J. Sniffen
Florida Bar No. 0000795
Sniffen & Spellman, P.A.
123 North Monroe Street
Tallahassee, FL 32301
850-205-1996 Tel.
850-205-3004 Fax
Attorney for Defendants

Shana Veit, et al v. Centene Management Company, LLC and Sunshine Health Plan, Inc d/b/a Sunshine Health
*Waiver and Acceptance of Service on Behalf of Defendants*
Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

Jeremiah J. Talbott, P.A., 900 E. Moreno St., Pensacola, Florida, 32503 via electronic mail this

_14_ day of December, 2016.

ROBERT J. SNIFFEN, ESQ.

Shana Veit, et al v. Centene Management Company, LLC and Sunshine Health Plan, Inc d/b/a Sunshine Health
*Waiver and Acceptance of Service on Behalf of Defendants*
Page 2 of 2

Filing # 50080001 E-Filed 12/15/2016 09:40:15 AM

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

| | |
|---|---|
| **SHANNA VEIT**, individually and on behalf of all others that are similarly situated, | ) ) ) |
| | ) CASE NO: 2016 CA 002267 |
| Plaintiffs, | ) |
| vs. | ) **COLLECTIVE ACTION** |
| | ) |
| **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** | ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) / |

## NOTICE OF FILING OPT IN FOR TYWONA DOUGLAS

**COMES NOW, TYWONA  DOUGLAS,** by and through the undersigned counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in the above-referenced matter on this date, December 15, 2016.

Respectfully submitted by,

/s/ Jeremiah J. Talbott_____
JEREMIAH J. TALBOTT
Fla. Bar No. 0154784
Law Offices of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503
(850) 437-9600
(850) 437-0906 (facsimile)
civilfiling@talbottlawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-mail to **Robert J. Sniffen, Esquire** on this date, December 15, 2016.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
**OR**
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_____     _____
Signature                                              Date  12/12/2016

_____
Print

_____     _____
Address                                                City, ST, Zip

_____     _____
Email Address                                      Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***

Filing # 50150318 E-Filed 12/16/2016 12:17:35 PM

IN THE CIRCUIT COURT OF THE SECOND
JUDICIAL CIRCUIT IN AND FOR LEON
COUNTY, FLORIDA

SHANNA VEIT, individually and
on behalf of all others that are
similarly situated,

        Plaintiffs,

v.                              Case No.: 2016-CA-002267

CENTENE MANAGEMENT COMPANY,
LLC and SUNSHINE HEALTH PLAN,
INC. d/b/a Sunshine Health

        Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert J. Sniffen, of Sniffen & Spellman, P.A., hereby enters his appearance as co-counsel for the Defendants, **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE STATE HEALTH PLAN, INC. d/b/a Sunshine Health**. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as co-counsel of record at the address listed below.

Dated this 16th day of December, 2016.


[THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

/s/ Robert J. Sniffen
**ROBERT J. SNIFFEN**
Florida Bar No. 0000795
E-mail: rsniffen@sniffenlaw.com
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2016, a true and exact copy of the foregoing was filed in the electronic filing portal, which will send notification of such filing to all persons registered for this case, including Plaintiff's counsel.

/s/ Robert J. Sniffen
**ROBERT J. SNIFFEN**

2

## IN THE CIRCUIT COURT
## IN AND FOR LEON COUNTY, FLORIDA

**SHANNA VEIT**, individually )
and on behalf of all others that are )
similarly situated, )
                         ) CASE NO: 2016 CA 002267
           Plaintiffs, )
vs. ) **COLLECTIVE ACTION**
                         )
**CENTENE MANAGEMENT** )
**COMPANY, LLC and SUNSHINE** )
**HEALTH PLAN, INC d/b/a Sunshine** )
**Health** )
                         )
           Defendants. )
_____/

## NOTICE OF FILING OPT IN FOR JENNIFER HARRIS

    **COMES NOW, JENNIFER HARRIS,** by and through the undersigned

counsel and files this Consent to Become an Opt-in Plaintiff (address redacted) in

the above-referenced matter on this date, January 4, 2017.

                                 Respectfully submitted by,

                                 /s/ Jeremiah J. Talbott_____
                                 JEREMIAH J. TALBOTT
                                 Fla. Bar No. 0154784
                                 Law Offices of Jeremiah J. Talbott, P.A.
                                 900 East Moreno Street
                                 Pensacola, Fla. 32503
                                 (850) 437-9600
                                 (850) 437-0906 (facsimile)
                                 civilfiling@talbottlawfirm.com
                                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. MAIL to **CENTENE MANAGEMENT COMPANY, LLC and SUNSHINE HEALTH PLAN, INC d/b/a Sunshine Health** on this date, January 4, 2017.

*/s/ Jeremiah J. Talbott*

JEREMIAH J. TALBOTT, ESQ.

**CONSENT TO BECOME PARTY PLAINTIFF IN THE
COLLECTIVE ACTION FOR UNPAID OVERTIMEWAGES
AGAINST CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN**

VEIT v. CENTENE

Complete and Mail To:
Law Office of Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, Fla. 32503

OR:
**FAX to: (850) 437-0906**
OR
**EMAIL to: JJ@talbottlawfirm.com**

By signing below, I state that I have been employed by **CENTENE CORPORATION/SUNSHINE STATE HEALTH PLAN** as a case manager, in the state of Florida, that I worked more than forty (40) hours in at least one week and was not paid for all of the time I worked overtime. I hereby consent to join this lawsuit for violations of the Fair Labor Standards Act ("FLSA").

I hereby designate The Law Office of Jeremiah J. Talbott, P.A.; Sean Culliton, Esq., LLC.; and the Law Office of John C. Davis and other attorneys with whom they may associate to represent me for all purposes of this action.

I also designate the Collective Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Jennifer Harris_                           _12/15/16_
Signature                                   Date

_Jennifer Harris_
Print

Address                                     City, ST, Zip

Email Address                               Phone Number

**\*Statute of Limitations concerns mandate that you return
this form as soon as possible to preserve your rights.\***