IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SHANNA VEIT, individually and on behalf of all others similarly situated,**

    **Plaintiffs,**

v.                                              Case No. 4:17cv6-MW/CAS

**CENTENE MANAGEMENT COMPANY LLC, and SUNSHINE STATE HEALTH PLAN, INC., d/b/a SUNSHINE HEALTH,**

    **Defendants.**
_____/

**ORDER STAYING CASE AND DIRECTING
PLAINTIFF TO FILE STATUS REPORT
<u>PENDING DISPOSITION OF CASE</u>**

This Court has considered, without hearing, the Notice of Settlement. ECF No. 25. The parties agree this is a FLSA case and this Court must review the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) and thus the matter cannot be dismissed at this time. This Court stays all deadlines pending final approval. In the event the settlement has not been submitted by May 31, 2017,

1

2

Plaintiff shall provide this Court with a status report on or before June 5, 2017.

**SO ORDERED on May 11, 2017.**

<u>s/Mark E. Walker</u>   ____
**United States District Judge**
