## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

SHANNA VEIT, et al.

    VS                                          CASE NO. 4:17-cv-6-MW-CAS

CENTENE MANAGEMENT COMPANY
LLC and SUNSHINE HEALTH PLAN
INC.

### JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

| June 15, 2017 | s/ Chip Epperson |
|---|---|
| DATE | Deputy Clerk: Carl Epperson |